Tyrone HURT, Plaintiff—Appellant,

v.

EIGHTH AMENDMENT TO the U.S. CONSTITUTION; Mary Surralt; Sandra Day O'connor, Defendants—Appellees.

Tyrone Hurt, Plaintiff—Appellant,

v.

The American People; George W. Bush, President of the United States; U.S. Senate; U.S. Congress; The Country of Iran, Defendants—Appellees.

Tyrone Hurt, Plaintiff—Appellant,

v.

United States of America, Defendant—Appellee.

Tyrone Hurt, Plaintiff—Appellant,

v.

United States of America, Defendant—Appellee.

Tyrone Hurt, Plaintiff—Appellant,

v.

George W. Bush, President of the United States; U.S. Congress; U.S. Senate; The Country of Iran; All News Media of this Nation, U.S.A., Defendants—Appellees.

Tyrone Hurt, Plaintiff—Appellant,

v.

Dedley and Singletary, Incorporated; Coates and Lane, Incorporated; Woodley House, Incorporated; U.S. vs. Nichols; Hurt vs. USDC DC Nat., Defendants—Appellees.

Tyrone Hurt, Plaintiff—Appellant,

v.

Clinton; U.S.D.C. for the D.C.; U.S.C.A. for the D.C. Cir.; Falun Gong Practitioners of China, Defendants—Appellees.

Tyrone Hurt, Plaintiff—Appellant,

v.

Jim Crow; National Association for the Advancement of Colored People, Defendants—Appellees.

Nos. 08–2212, 08–2213, 08–2215, 08–2216, 08–2218, 08–2226, 08–2227, 08–2228.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 30, 2009.

Decided: March 13, 2009.

Tyrone Hurt, Appellant Pro Se.

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrone Hurt appeals the district court's orders dismissing these actions as frivolous or for failure to state a claim. We have reviewed the records and find that the appeals are frivolous. Accordingly, we dismiss the appeals for the reasons stated by the district court. *Hurt v. Eighth Amendment; Hurt v. The American People; Hurt v. United States; Hurt v. United States; Hurt v. Bush; Hurt v. Dedley and Singletary, Inc.; Hurt v. Clinton; Hurt v. Jim Crow,* Nos. 1:08–cv–00808–LMB–TCB; 1:08–cv–00913–LMB–TRJ; 1:08–cv–00914–LMB–TRJ; 1:08–cv–00915–LMB–TCB; 1:08–cv–00916–LMB–JFA; 1:08–cv–00917–LMB–JFA; 1:08–cv–00918–LMB–TRJ; 1:08–cv–00944–LMB–JFA (E.D. Va. filed Sept. 9, 2008, entered Sept. 11, 2008; Sept. 12, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*